**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**PAUL CRISWELL** **PLAINTIFF**

**v.** **No. 4:26-cv-1128-DPM**

**HIGGINS, Sheriff, Pulaski County Sheriff's Office; DOES, 4 Unknown Patrol Officers, Patrol Division Shift Supervisor, Intake Officer, Unknown Captain, Unknown Lt., Pulaski County Sheriff's Office** **DEFENDANTS**

# ORDER

**1.** Criswell was an inmate in the Arkansas Division of Correction when he filed this case. *Doc. 1.* He has notified the Court of his release and updated his address. *Doc. 2.*

**2.** Because Criswell is no longer incarcerated, he must either pay the $405 filing fee or file a free-world application to proceed *in forma pauperis* by 24 November 2026. If he doesn't, the Court will be dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2).

3. The Court directs the Clerk to send Criswell a free-world *in forma pauperis* application along with a copy of this Order.

So Ordered.

D.P. Marshall Jr.
United States District Judge

26 October 2026